## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:    CASE No.:

    Edward James Burrell
    Stephanie Burrell    CHAPTER: 7
        DEBTORS

### UNSWORN DECLARATION REGARDING PAY ADVICES

☒ I, **Stephanie Burrell**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _____, 20___, through _____ _____, 20___, inclusive.

☒ I, **Stephanie Burrell**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 3/8/2018    Signed: _____

                                                                 **Stephanie Burrell**



Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Burrell, Edward J |
| Personnel No | : 10057078 |
| Exemptions | : 09 |
| Exemptions GA | : 09 |
| Cost Center | : 0575A10000 Big South Operations |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 02/11/2018 to 02/24/2018 |
| Pay Date | : 03/02/2018 |
| Advice # | : 1005707801191001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,517.81 | | 0.00 | | 181.35- | | 7.84- | | 108.31- | | 1,220.31 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Quarterly Frontline Bonus | | | | | | 477.03 |
| Special Bonus | | | | | | 1,000.00 |
| Regular Pay - Hourly | | | 16.931 | 80.00 | 1,354.48 | 5,621.90 |
| Overtime Pay | | | 16.931 | 6.43 | 108.87 | 313.48 |
| Holiday OT | | | | | | 165.92 |
| *Overtime Premium | | | 8.470 | 6.43* | 54.46 | 156.83 |
| Holiday Premium | | | | | | 83.01 |
| Vacation Pay | | | | | | 169.31 |
| Floating Holiday | | | | | | 97.09 |
| Flex Day | | | | | | 146.87 |
| Holiday Pay | | | | | | 388.40 |
| Award Day | | | | | | 169.31 |
| **TOTAL EARNINGS** | | | | 86.43 | 1,517.81 | 8,789.15 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 151.54- | 757.70- |
| Dental | | | | | 23.91- | 119.55- |
| 401k pretax | | | | | | 155.43- |
| Vision | | | | | 5.90- | 29.50- |
| **TOTAL PRE-TAX DED** | | | | | 181.35- | 1,062.18- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| United Way | | | | | 2.00- | 10.00- |
| Supp LTD 60% | | | | | 5.84- | 28.43- |
| **TOTAL POST-TAX DED** | | | | | 7.84- | 38.43- |
| **TAXES** | | | | | | |
| Federal    Federal | | | | | | |
| TX EE Social Security Tax | | | | | 82.96- | 489.18- |
| TX EE Medicare Tax | | | | | 19.41- | 114.41- |
| State    Georgia | | | | | | |
| TX Withholding Tax | | | | | 5.94- | 9.83- |
| **TOTAL TAXES** | | | | | 108.31- | 613.42- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.46 | 7.10 |
| Taxable GTL | | | | | 0.14 | 0.56 |
| **TOTAL TAXABLE EVENTS** | | | | | 1.60 | 7.66 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| TOTAL DED NOT TAKEN | | | | | | |

### NET PAY DISTRIBUTION

xxxxxxxx0893        1,220.31    Checking

* Premium Hours not included in total Absence and Attendance Hours        1 of 1



**Comcast Cable Communications Management LLC**
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Burrell, Edward J |
| Personnel No | : 10057078 |
| Exemptions | : 00 |
| Exemptions GA | : 00 |
| Cost Center | : 0575A10000 Big South Operations |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 12/31/2017 to 01/13/2018 |
| Pay Date | : 01/19/2018 |
| Advice # | : 1005707801188001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,454.06 | | 0.00 | | 210.43- | | 7.84- | | 97.48- | | 1,138.31 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Special Bonus | | | | | | 1,000.00 |
| Regular Pay - Hourly | | | 16.931 | 70.00 | 1,185.17 | 2,066.39 |
| Overtime Pay | | | 16.931 | 3.92 | 66.37 | 81.35 |
| *Overtime Premium | | | 8.470 | 3.92* | 33.21 | 40.71 |
| Floating Holiday | | | 16.931 | 2.00 | 33.86 | 63.23 |
| Flex Day | | | | | | 146.87 |
| Holiday Pay | | | 16.931 | 8.00 | 135.45 | 252.95 |
| **TOTAL EARNINGS** | | | | 83.92 | 1,454.06 | 3,651.50 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 151.54- | 303.08- |
| Dental | | | | | 23.91- | 47.82- |
| 401k pretax | | | 2.00 | | 29.08- | 83.03- |
| Vision | | | | | 5.90- | 11.80- |
| **TOTAL PRE-TAX DED** | | | | | 210.43- | 445.73- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| United Way | | | | | 2.00- | 4.00- |
| Supp LTD 60% | | | | | 5.84- | 10.91- |
| **TOTAL POST-TAX DED** | | | | | 7.84- | 14.91- |
| **TAXES** | | | | | | |
| Federal         Federal | | | | | | |
| TX EE Social Security Tax | | | | | 79.00- | 204.08- |
| TX EE Medicare Tax | | | | | 18.48- | 47.73- |
| **TOTAL TAXES** | | | | | 97.48- | 251.81- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.46 | 2.72 |
| Taxable GTL | | | | | 0.14 | 0.14 |
| **TOTAL TAXABLE EVENTS** | | | | | 1.60 | 2.86 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| TOTAL DED NOT TAKEN | | | | | | |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| xxxxxx5106 | 1,138.31 | Checking |

\* Premium Hours not included in total Absence and Attendance Hours        1 of 1



**Comcast Cable Communications Management LLC**
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Burrell, Edward J |
| Personnel No | : 10057078 |
| Exemptions | : 00 |
| Exemptions GA | : 00 |
| Cost Center | : 0575A10000 Big South Operations |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 01/14/2018 to 01/27/2018 |
| Pay Date | : 02/02/2018 |
| Advice # | : 1005707801189001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | − | PRE-TAX DEDUCTIONS | − | POST-TAX DEDUCTIONS | − | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,121.08 | | 0.00 | | 223.77- | | 7.84- | | 148.52- | | 1,740.95 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Quarterly Frontline Bonus | | | | | 477.03 | 477.03 |
| Special Bonus | | | | | | 1,000.00 |
| Regular Pay - Hourly | | | 16.931 | 50.00 | 846.55 | 2,912.94 |
| Overtime Pay | | | 16.931 | 1.60 | 27.09 | 108.44 |
| Holiday OT | | | 16.931 | 9.80 | 165.92 | 165.92 |
| *Overtime Premium | | | 8.470 | 1.60* | 13.55 | 54.26 |
| *Holiday Premium | | | 8.470 | 9.80* | 83.01 | 83.01 |
| Vacation Pay | | | 16.931 | 10.00 | 169.31 | 169.31 |
| Floating Holiday | | | 16.931 | 2.00 | 33.86 | 97.09 |
| Flex Day | | | | | | 146.87 |
| Holiday Pay | | | 16.931 | 8.00 | 135.45 | 388.40 |
| Award Day | | | 16.931 | 10.00 | 169.31 | 169.31 |
| **TOTAL EARNINGS** | | | | 91.40 | 2,121.08 | 5,772.58 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 151.54- | 454.62- |
| Dental | | | | | 23.91- | 71.73- |
| 401k pretax | | | 2.00 | | 42.42- | 125.45- |
| Vision | | | | | 5.90- | 17.70- |
| **TOTAL PRE-TAX DED** | | | | | 223.77- | 669.50- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| United Way | | | | | 2.00- | 6.00- |
| Supp LTD 60% | | | | | 5.84- | 16.75- |
| **TOTAL POST-TAX DED** | | | | | 7.84- | 22.75- |
| **TAXES** | | | | | | |
| Federal                        Federal | | | | | | |
| TX EE Social Security Tax | | | | | 120.37- | 324.45- |
| TX EE Medicare Tax | | | | | 28.15- | 75.88- |
| **TOTAL TAXES** | | | | | 148.52- | 400.33- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.46 | 4.18 |
| Taxable GTL | | | | | 0.14 | 0.28 |
| **TOTAL TAXABLE EVENTS** | | | | | 1.60 | 4.46 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| TOTAL DED NOT TAKEN | | | | | | |
| **NET PAY DISTRIBUTION** | | | | | | |
| xxxxxxxxx0893 | | 1,740.95 | Checking | | | |

* Premium Hours not included in total Absence and Attendance Hours      1 of 1



# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Burrell, Edward J |
| Personnel No | : 10057078 |
| Exemptions | : 09 |
| Exemptions GA | : 09 |
| Cost Center | : 0575A10000 Big South Operations |
| Employee Type | : Hourly |
| Payroll Area | : Cable Central |
| Pay period | : 01/28/2018 to 02/10/2018 |
| Pay Date | : 02/16/2018 |
| Advice # | : 1005707801190001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,498.76 | | 0.00 | | 211.33- | | 7.84- | | 104.78- | | 1,174.81 |

## EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Quarterly Frontline Bonus | | | | | | 477.03 |
| Special Bonus | | | | | | 1,000.00 |
| Regular Pay - Hourly | | | 16.931 | 80.00 | 1,354.48 | 4,267.42 |
| Overtime Pay | | | 16.931 | 5.68 | 96.17 | 204.61 |
| Holiday OT | | | | | | 165.92 |
| *Overtime Premium | | | 8.470 | 5.68* | 48.11 | 102.37 |
| Holiday Premium | | | | | | 83.01 |
| Vacation Pay | | | | | | 169.31 |
| Floating Holiday | | | | | | 97.09 |
| Flex Day | | | | | | 146.87 |
| Holiday Pay | | | | | | 388.40 |
| Award Day | | | | | | 169.31 |
| **TOTAL EARNINGS** | | | | 85.68 | 1,498.76 | 7,271.34 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 151.54- | 606.16- |
| Dental | | | | | 23.91- | 95.64- |
| 401k pretax | | | 2.00 | | 29.98- | 155.43- |
| Vision | | | | | 5.90- | 23.60- |
| **TOTAL PRE-TAX DED** | | | | | 211.33- | 880.83- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| United Way | | | | | 2.00- | 8.00- |
| Supp LTD 60% | | | | | 5.84- | 22.59- |
| **TOTAL POST-TAX DED** | | | | | 7.84- | 30.59- |
| **TAXES** | | | | | | |
| Federal  Federal | | | | | | |
| TX EE Social Security Tax | | | | | 81.77- | 406.22- |
| TX EE Medicare Tax | | | | | 19.12- | 95.00- |
| State  Georgia | | | | | | |
| TX Withholding Tax | | | | | 3.89- | 3.89- |
| **TOTAL TAXES** | | | | | 104.78- | 505.11- |
| **TAXABLE EVENTS** | | | | | | |
| Basic LTD 40% | | | | | 1.46 | 5.64 |
| Taxable GTL | | | | | 0.14 | 0.42 |
| **TOTAL TAXABLE EVENTS** | | | | | 1.60 | 6.06 |
| **DEDUCTIONS NOT TAKEN** | | | | | | |
| **TOTAL DED NOT TAKEN** | | | | | | |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| xxxxxxxx0893 | 1,174.81 | Checking |

\* Premium Hours not included in total Absence and Attendance Hours        1 of 1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                                                                                           CASE No.:

Edward James Burrell

Stephanie Burrell                                                                   CHAPTER: 7

DEBTORS

UNSWORN DECLARATION REGARDING PAY ADVICES

☐    I, **Stephanie Burrell**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _November 12_, 20_17_, through _January 25_, 20_18_, inclusive.

☐    I, **Stephanie Burrell**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 1/25/2018

Signed: _[signature]_

**Stephanie Burrell**