Certificate Number: 16339-GAN-DE-030882618

Bankruptcy Case Number: 18-54154



16339-GAN-DE-030882618

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2018</u>, at <u>12:58</u> o'clock <u>AM EDT</u>, <u>Stephanie Burrell</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:    <u>April 16, 2018</u>          By:      <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>